# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JACKIE LEE TAYLOR, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:17-cv-2550-JPM-dkv |
| v. | ) |
| ARMY REVIEW BOARDS AGENCY, | ) |
| Defendant. | ) |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION, DENYING MOTION FOR DEFAULT, AND SETTING ASIDE ENTRY OF DEFAULT**

Before the Court is the Report and Recommendation filed by U.S. Magistrate Judge Diane K. Vescovo on April 9, 2018. (ECF No. 15.) Also before the Court is the *pro se* Motion for Default Judgment filed by Plaintiff Jackie Lee Taylor on March 5, 2018. (ECF No. 14.)

In the Report and Recommendation, the Magistrate Judge finds that "Taylor did not properly serve both Army Review and the United States, as required by Federal Rule of Civil Procedure 4 for proper service on an agency of the United States; thus, default judgment is not proper." (Id. at PageID 40.) Accordingly, the Magistrate Judge recommends "that Taylor's motion for default judgment be denied and that the entry of default against Army Review be set aside." (Id. at PageID 41.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and

recommendations." Fed. R. Civ. P. 72(b)(2).  Taylor has not filed any objections to the Report and Recommendation, and the time for filing objections expired on April 23, 2018. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, Taylor's Motion for Default Judgment is DENIED, and the entry of default against Defendant Army Review Boards Agency is SET ASIDE.

**IT IS SO ORDERED**, this 8th day of May, 2018.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE